IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00493-MEH

BRITTANY MACDONALD, ANGEL EPLEY AND RAYNN PORTER, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

    Plaintiff,

v.

ALPINE ACCESS, INC.,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

    Plaintiffs and Defendant submit this Joint Notice of Settlement to apprise the Court that Plaintiffs Brittany Macdonald, Raynn Porter, Andrea Diaz, Raven Bramlett, Lavonne Adams, and Shakira Dodson have reached a settlement in principle with Defendant that will resolve each of the foregoing Plaintiffs' claims in the lawsuit. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers as to these Plaintiffs' claims with the Court within thirty (30) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement. The parties also anticipate filing a motion to dismiss or, in the alternative, a motion to stay the case pending arbitration for Angel Epley's claims within thirty (30) days of the filing of this Joint Notice of Settlement.

| | |
|---|---|
| SANFORD LAW FIRM, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Josh Sanford* | */s/ Patrick F. Hulla* |
| Josh Sanford, AR #2001037 | Patrick F. Hulla, MO # 41745 |
| Kirkpatrick Plaza | 4520 Main Street, Suite 400 |
| 10800 Financial Centre Pkwy, Suite 510 | Kansas City, MO  64111 |
| Little Rock, Arkansas 72211 | Telephone:  816-471-1301 |
| Telephone: (800) 615-4946 | Facsimile:  816-471-1303 |
| Facsimile: (888) 787-2040 | patrick.hulla@ogletree.com |
| josh@sanfordlawfirm.com | |
| | Corissa L. Pennow |
| **ATTORNEY FOR PLAINTIFF** | Wisconsin State Bar No. 1122455 |
| | 1243 N. 10th St., Suite 200 |
| | Milwaukee, WI 53205 |
| | Telephone: 414-239-6415 |
| | Facsimile: 414-755-8289 |
| | Corissa.pennow@ogletree.com |
| | |
| | **ATTORNEYS FOR DEFENDANT ALPINE ACCESS, INC.** |

# CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of April, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Patrick F. Hulla, MO # 41745
4520 Main Street, Suite 400
Kansas City, MO  64111
Telephone:  816-471-1301
Facsimile:  816-471-1303
patrick.hulla@ogletree.com

Corissa L. Pennow
Wisconsin State Bar No. 1122455
1243 N. 10th St., Suite 200
Milwaukee, WI 53205
Telephone: 414-239-6415
Facsimile: 414-755-8289
Corissa.pennow@ogletree.com

**ATTORNEYS FOR DEFENDANT**

                                                     /s/ *Josh Sanford*
                                                     **ATTORNEY FOR PLAINTIFFS**