IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00493-RM-MEH

BRITTANY MACDONALD,
ANGEL EPLEY,
RAYNN PORTER, each individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

ALPINE ACCESS, INC.,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 25, 2023.**

      Before the Court is the parties' Joint Notice of Settlement. ECF 40. Defendant and Plaintiffs Brittany Macdonald, Raynn Porter, Andrea Diaz, Raven Bramlett, Lavonne Adams, and Shakira Dodson indicate they "have reached a settlement in principle with Defendant that will resolve each of the foregoing Plaintiffs' claims in the lawsuit." *Id.* These parties shall file their dismissal papers or a status report addressing why dismissal has not been accomplished on or before **May 25, 2023**.

      The Joint Notice further states "[t]he parties also anticipate filing a motion to dismiss or, in the alternative, a motion to stay the case pending arbitration for [Plaintiff] Angel Epley's claims." ECF 40. The parties shall file such a motion or a status report addressing why such a motion has not been filed on or before **May 25, 2023**.

      Accordingly, the Court hereby **vacates** the scheduling conference set for April 28, 2023 and **stays** all deadlines.