IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00493-MEH

BRITTANY MACDONALD, ANGEL EPLEY AND RAYNN PORTER, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

    Plaintiff,

v.

ALPINE ACCESS, INC.,

    Defendant.

---

**JOINT STATUS REPORT AND STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS BRITTANY MACDONALD, RAYNN PORTER, LAVONNE ADAMS, RAVEN BRAMLETT, ANDREA CISNEROZ DIAZ, AND SHAKIRA DODSON**

---

Plaintiffs Brittany MacDonald, et al., together with Defendant Alpine Access, Inc., by and through their undersigned attorneys, for their Joint Status Report and Stipulation of Dismissal of Plaintiffs Brittany MacDonald, Raynn Porter, Lavonne Adams, Raven Bramlett, Andrea Cisneroz Diaz, and Shakira Dodson, the Parties state as follows:

    1.    Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Parties hereby jointly stipulate to the dismissal of the above Plaintiffs with prejudice.

    2.    The dismissal of these Plaintiffs will not affect the claims of the remaining Plaintiff, Angel Epley.

    3.    The Parties therefore ask the Court to dismiss Plaintiffs Brittany MacDonald, Raynn Porter, Lavonne Adams, Raven Bramlett, Andrea Cisneroz Diaz, and Shakira Dodson

Page 1 of 3
Brittany MacDonald, et al. v. Alpine Access, Inc.
U.S.D.C. (D. Col.) No. 1:22-cv-00493-MEH
Joint Status Report and Stipulation of Dismissal with Prejudice of
Plaintiffs Brittany MacDonald, Raynn Porter, Lavonne Adams,
Raven Bramlett, Andrea Cisneroz Diaz, and Shakira Dodson

from this case with prejudice pursuant to this stipulation.

4. Plaintiffs' counsel is currently in the process of reviewing possible ways forward for this matter with Plaintiff Epley, including settlement or a stay of these proceedings pending arbitration.

5. Plaintiff Angel Epley anticipates providing another status report in fourteen (14) days.

| | |
|---|---|
| SANFORD LAW FIRM, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Josh Sanford* | Patrick F. Hulla, MO # 41745 |
| Josh Sanford, AR #2001037 | 4520 Main Street, Suite 400 |
| Kirkpatrick Plaza | Kansas City, MO  64111 |
| 10800 Financial Centre Pkwy, Suite 510 | Telephone:  816-471-1301 |
| Little Rock, Arkansas 72211 | Facsimile:  816-471-1303 |
| Telephone: (800) 615-4946 | patrick.hulla@ogletree.com |
| Facsimile: (888) 787-2040 | |
| josh@sanfordlawfirm.com | */s/ Corissa L. Pennow* |
| | Corissa L. Pennow |
| **ATTORNEY FOR PLAINTIFF** | Wisconsin State Bar No. 1122455 |
| | 1243 N. 10th St., Suite 200 |
| | Milwaukee, WI 53205 |
| | Telephone: 414-239-6415 |
| | Facsimile: 414-755-8289 |
| | Corissa.pennow@ogletree.com |
| | |
| | **ATTORNEYS FOR DEFENDANT ALPINE ACCESS, INC.** |

Page 2 of 3
Brittany MacDonald, et al. v. Alpine Access, Inc.
U.S.D.C. (D. Col.) No. 1:22-cv-00493-MEH
Joint Status Report and Stipulation of Dismissal with Prejudice of
Plaintiffs Brittany MacDonald, Raynn Porter, Lavonne Adams,
Raven Bramlett, Andrea Cisneroz Diaz, and Shakira Dodson

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Patrick F. Hulla, MO # 41745
4520 Main Street, Suite 400
Kansas City, MO  64111
Telephone:  816-471-1301
Facsimile:  816-471-1303
patrick.hulla@ogletree.com

Corissa L. Pennow
Wisconsin State Bar No. 1122455
1243 N. 10th St., Suite 200
Milwaukee, WI 53205
Telephone: 414-239-6415
Facsimile: 414-755-8289
Corissa.pennow@ogletree.com

**ATTORNEYS FOR DEFENDANT**

/s/ *Josh Sanford*
**ATTORNEY FOR PLAINTIFFS**

Page 3 of 3
Brittany MacDonald, et al. v. Alpine Access, Inc.
U.S.D.C. (D. Col.) No. 1:22-cv-00493-MEH
Joint Status Report and Stipulation of Dismissal with Prejudice of
Plaintiffs Brittany MacDonald, Raynn Porter, Lavonne Adams,
Raven Bramlett, Andrea Cisneroz Diaz, and Shakira Dodson