IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00493-MEH

ANGEL EPLEY,

    Plaintiff,

v.

ALPINE ACCESS, INC.,

    Defendant.

## JOINT NOTICE OF REMAINING SETTLEMENT

Plaintiff and Defendant submit this Joint Notice of Remaining Settlement to apprise the Court that they have reached a settlement in principle that will resolve Plaintiff's claims in the lawsuit. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty (30) days from the filing of this Joint Notice of Remaining Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update.

| | |
|---|---|
| SANFORD LAW FIRM, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |

*/s/ Josh Sanford*
Josh Sanford, AR #2001037
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**ATTORNEY FOR PLAINTIFF**

Patrick F. Hulla, MO # 41745
4520 Main Street, Suite 400
Kansas City, MO  64111
Telephone:  816-471-1301
Facsimile:  816-471-1303
patrick.hulla@ogletree.com

*/s/ Corissa L. Pennow*
Corissa L. Pennow
Wisconsin State Bar No. 1122455
1243 N. 10th St., Suite 200
Milwaukee, WI 53205
Telephone: 414-239-6415
Facsimile: 414-755-8289
Corissa.pennow@ogletree.com

**ATTORNEYS FOR DEFENDANT ALPINE ACCESS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Patrick F. Hulla, MO # 41745
4520 Main Street, Suite 400
Kansas City, MO  64111
Telephone:  816-471-1301
Facsimile:  816-471-1303
patrick.hulla@ogletree.com

Corissa L. Pennow
Wisconsin State Bar No. 1122455
1243 N. 10th St., Suite 200
Milwaukee, WI 53205
Telephone: 414-239-6415
Facsimile: 414-755-8289
Corissa.pennow@ogletree.com

**ATTORNEYS FOR DEFENDANT**

/s/ *Josh Sanford*
**ATTORNEY FOR PLAINTIFFS**