IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00493-MEH

ANGEL EPLEY,

    Plaintiff,

v.

ALPINE ACCESS, INC.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Angel Epley and Defendant Alpine Access, Inc., hereby jointly stipulate to and move for a dismissal of all claims and causes of action asserted in the above-captioned action by or against any party in this case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own costs, expenses, and attorneys' fees. The parties request that the Court retain jurisdiction of this matter for 30 days for the limited purpose of enforcing the agreement, if necessary.

Page 1 of 3
Brittany MacDonald, et al. v. Alpine Access, Inc.
U.S.D.C. (D. Col.) No. 1:22-cv-00493-MEH
Joint Stipulation of Dismissal with Prejudice

| | |
|---|---|
| SANFORD LAW FIRM, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Josh Sanford* <br> Josh Sanford, AR #2001037 <br> Kirkpatrick Plaza <br> 10800 Financial Centre Pkwy, Suite 510 <br> Little Rock, Arkansas 72211 <br> Telephone: (800) 615-4946 <br> Facsimile: (888) 787-2040 <br> josh@sanfordlawfirm.com <br><br> **ATTORNEY FOR PLAINTIFF** | Patrick F. Hulla, MO # 41745 <br> 4520 Main Street, Suite 400 <br> Kansas City, MO  64111 <br> Telephone:  816-471-1301 <br> Facsimile:  816-471-1303 <br> patrick.hulla@ogletree.com <br><br> */s/ Corissa L. Pennow* <br> Corissa L. Pennow <br> Wisconsin State Bar No. 1122455 <br> 1243 N. 10th St., Suite 200 <br> Milwaukee, WI 53205 <br> Telephone: 414-239-6415 <br> Facsimile: 414-755-8289 <br> Corissa.pennow@ogletree.com <br><br> **ATTORNEYS FOR DEFENDANT ALPINE ACCESS, INC.** |

**Page 2 of 3**
**Brittany MacDonald, et al. v. Alpine Access, Inc.**
**U.S.D.C. (D. Col.) No. 1:22-cv-00493-MEH**
**Joint Stipulation of Dismissal with Prejudice**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of July, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Patrick F. Hulla, MO # 41745
4520 Main Street, Suite 400
Kansas City, MO  64111
Telephone:  816-471-1301
Facsimile:  816-471-1303
patrick.hulla@ogletree.com

Corissa L. Pennow
Wisconsin State Bar No. 1122455
1243 N. 10th St., Suite 200
Milwaukee, WI 53205
Telephone: 414-239-6415
Facsimile: 414-755-8289
Corissa.pennow@ogletree.com

**ATTORNEYS FOR DEFENDANT**

                                              /s/ *Josh Sanford*
                                              **ATTORNEY FOR PLAINTIFFS**

**Page 3 of 3**
**Brittany MacDonald, et al. v. Alpine Access, Inc.**
**U.S.D.C. (D. Col.) No. 1:22-cv-00493-MEH**
**Joint Stipulation of Dismissal with Prejudice**